AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

REFLEX MEDIA, INC. et al.,

        Plaintiffs,

v.

RICHARD EASTON LIMITED, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-00051-GMN-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered awarding Plaintiffs $10,825.17 in costs against Defendants.

12/22/2022  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk