Mark L. Smith (#14762)
msmith@sffirm.com
Jacob L. Fonnesbeck (#11961)
Jfonnesbeck@sffirm.com
**SF FIRM, LLP**
6345 South Pecos Road, Suite 202
Las Vegas, Nevada 89120
Telephone: (725) 666-8701
Facsimile: (725) 666-8710

*Attorneys for Reflex Media Inc.*
*and Clover8 Investments Pte. Ltd.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD EASTON LIMITED, a Delaware corporation, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-00051-GMN-EJY<br><br>**STIPULATION FOR DISMISSAL OF UNRESOLVED CLAIMS** |

Plaintiffs Reflex Media, Inc., and Clover8 Investments PTE. LTD. (collectively "***Reflex***"), and Defendant Richard Easton, hereby stipulate to dismiss the outstanding, unresolved claims from Reflex's Complaint. This stipulation is based on the following facts:

1. Reflex filed this case on January 9, 2020, against the following defendants:

    a. Richard Easton, an individual;

    b. Richard Easton Limited, a Delaware corporation;

    c. Maria Jose Diaz, an individual;

    d. Nelida Tejeda Alvarez, an individual, and

    e. Jorge Osbaldo Rodriguez, an individual.

(ECF 1.)

2. On December 28, 2020, default was entered against Richard Easton Limited.

1  (ECF 30.)

2  3.   On April 29, 2022, default was entered against Maria Jose Diaz, Nelida Tejeda
3  Alvarez, and Jorge Osbaldo Rodriguez. (ECF 59.) Thus, Richard Easton is the only remaining
4  defendant to this case.

5  4.   On April 6, 2022, Reflex filed a Motion for Summary Judgment on Claims I-VII
6  (the "*Motion*"). (ECF 58.)

7  5.   On November 21, 2022, the Court granted, in part, Reflex's Motion for Summary
8  Judgment. (ECF 68.)

9  6.   Reflex did <u>not</u> move for summary judgment on its Eighth of Action (for
10 Intentional Interference with Contractual Relations) or Ninth Cause of Action (for violations of
11 the Computer Fraud and Abuse act).

12 The parties now hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the
13 Federal Rules of Civil Procedure. that Reflex's Eight and Ninth Causes of Action are dismissed.
14 In light of the foregoing, the parties also request that the settlement conference scheduled of
15 February 2, 2023, be vacated.

16 Respectfully submitted on December 20, 2022 by:

**SF FIRM, LLP**

/s/ Mark L. Smith  
Mark L. Smith  
*Attorneys for Plaintiffs*

/s/ Richard Easton  
Richard Easton, personally

\*   \*   \*

**IT IS SO ORDERED.**

Date: July 24, 2023

_____  
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2022, the foregoing **STIPULATION FOR DISMISSAL OF UNRESOLVED CLAIMS** was served on the person(s) named below via email:

Richard Easton
450 Alton Road, Apt 2708
Miami, FL 33139
r@richardeaston.com

      /s/ Jacob L. Fonnesbeck