Mark L. Smith (#14762)
msmith@sffirm.com
Jacob L. Fonnesbeck (#11961)
Jfonnesbeck@sffirm.com
**SF FIRM, LLP**
6345 South Pecos Road, Suite 202
Las Vegas, Nevada 89120
Telephone:  (725) 666-8701
Facsimile:   (725) 666-8710

*Attorneys for Reflex Media Inc.*
*and Clover8 Investments Pte. Ltd.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation, *et al.,*<br><br>         Plaintiffs,<br><br>v.<br><br>RICHARD EASTON LIMITED, a Delaware corporation, *et al.,*<br><br>         Defendants. | Case No. 2:20-cv-00051-GMN-EJY<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR JUDGMENT AGAINST GARNISHEE**<br><br><br>Judge Gloria M. Navarro<br><br>Magistrate Elayna J. Youchah |

Before the Court is Plaintiffs/Judgment Creditors Reflex Media, Inc., and Clover8 Investments PTE. LTD.' s (collectively "***Reflex***") motion for judgment against garnishee, JP Morgan Chase Bank ("***Chase Bank***") (the "***Motion***"). Reflex is seeking judgment against Chase Bank and requests a disbursement of funds belonging to Richard Easton and Maria Jose Diaz Torre (the "***Judgment Debtors***").

IT IS HEREBY ORDRED that the Motion for Judgment Against Garnishee is GRANTED.

////

////

////

IT IS FURTHER ORDRED that Clerk of Court shall enter judgment against garnishee Chase Bank in the amount of $17,947.67. The garnished funds are to be disbursed to Reflex's counsel in partial satisfaction of the outstanding judgment against judgment debtors.

IT IS SO ORDERED.

DATED: _March 29, 2024_

**BY THE COURT:**

_____
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2023, the foregoing **[PROPOSED] ORDER GRANTING MOTION FOR JUDGMENT AGAINST GARNISHEE** was served on the person(s) named below via U.S. Mail and email:

JP Morgan Chase Bank, N.A.
Court Order and Levies
700 Kansas Lane, Mail Code LA4-7200
Monroe, LA 71203-4774

Richard Easton
Maria Jose Diaz Torre
300 Bowie St., Apt. 3302
Austin, TX 78703

Maria Jose Diaz Torre
2000 Towerside Terrace
Miami, FL 33138

_____
/s/ Melina Hernandez